# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-10810
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
August 1, 2025

Lyle W. Cayce
Clerk

United States of America,

Plaintiff—Appellee,

versus

David Andrew Mercado,

Defendant—Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-281-1

_____

Before King, Haynes, and Ho, Circuit Judges.

Per Curiam:[*]

The attorney appointed to represent David Andrew Mercado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mercado has previously filed a pro se letter. The record is not sufficiently developed to allow us to make a fair evaluation of Mercado's

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10810

claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mercado's previously filed pro se letter. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.